# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AUDRA PATTERSON, individually and on behalf of all others similarly situated**     **PLAINTIFF**

v.     Case No. 4:19-cv-00918 KGB

**AMERICAN INCOME LIFE INSURANCE CO. and AARON BLAKE RALSTON**     **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 23). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 2nd day of April, 2021.

_____
Kristine G. Baker
United States District Judge